UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-189-1BR
No. 5:16-CV-293-BR

ANTONIO A. ABROM,                    )
                                     )
                        Petitioner,  )
                                     )
        v.                           )               ORDER
                                     )
UNITED STATES OF AMERICA,            )
                                     )
                       Respondent.   )


       Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing §

2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule

5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the

above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days

of the filing of this order.

       This 3 June 2016.



                                        _____
                                              W. Earl Britt
                                              Senior U.S. District Judge